UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA (Sacramento)



FILED

JUL 2 7 2005

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____
　　　　　DEPUTY CLERK

| | |
|---|---|
| JASON DONNELL WILLIAMS,<br><br>　　　Plaintiff - Appellant,<br>v.<br><br>McKINNON, .; et al.,<br><br>　　　Defendants - Appellees. | No. 05-16174<br>D.C. No. CV-04-01282-DFL/PAN<br><br><br>ORDER |

This appeal has been taken in good faith  [ ]

This appeal is not taken in good faith    [X]

Explanation: _Complaint sets out facts that do not state a federal claim._

_____

_____

_____/s/_____
Judge
United States District Court

Date: 7/27/2005

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

July 21, 2005

| | |
|---|---|
| JASON DONNELL WILLIAMS,<br><br>Plaintiff - Appellant,<br>v.<br><br>McKINNON, .; et al.,<br><br>Defendants - Appellees. | No. 05-16174<br>D.C. No. CV-04-01282-DFL/PAN<br><br><br>**REFERRAL NOTICE** |

This matter is referred to the district court for the limited purpose of determining whether this appeal has been taken in good faith or is frivolous. *See* 28 USC Sec. 1915(a)(3).

If the district court is of the opinion that this appeal is frivolous or not taken in good faith, the district court is requested to complete the attached certification form and return it to this court within 21 days. If this court does not receive a completed certification form within 21 days, it will presume that the district court considers the appeal to have been taken in good faith.

This referral shall not affect the briefing schedule previously established by this court.

FOR THE COURT:

Cathy A. Catterson
Clerk of Court

By: Jeffery Crocker
Deputy Clerk